FILED

10/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0136

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0136

---

STATE OF MONTANA,

     Plaintiff and Appellee,

  v.

WILLIAM TREVOR CASE,

     Defendant and Appellant.

---

## ORDER

---

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including November 10, 2023, within which to prepare, file, and serve its response brief.

MPD

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 4 2023